# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDUARDO ROSARIO,** *Plaintiff,* | Civil Action No. 2:20-cv-02966 |
| v. | |
| **ALEX TORRES PRODUCTIONS, INC., et al.** *Defendants.* | NOTICE OF APPEAL |

PLEASE TAKE NOTICE, that attorney KEITH ALTMAN appeals an Order of the United States District Court for the Eastern District of Pennsylvania (Hon. Eduardo C. Robreno) dated and entered with the Clerk of the Court on November 23, 2021 (ECF 34). *See* Exhibit A.

This appeal relates to the Court's Order imposing sanctions on Attorney Keith Altman. *See* pages 1-4 of Exhibit A.

Dated: December 20, 2021   Respectfully submitted:

By: /s/Keith Altman
Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2021, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

Dated: December 20, 2021   Respectfully submitted:

By: /s/Keith Altman
Keith Altman, Esq.