# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDUARDO ROSARIO,**<br>          *Plaintiff,* | Civil Action No. 2:20-cv-02966 |
| v. | |
| **ALEX TORRES PRODUCTIONS, INC., et al.**<br>          *Defendants.* | **AMENDED NOTICE OF APPEAL** |

PLEASE TAKE NOTICE, that attorneys KEITH ALTMAN, JOSEPH LENTO, and JOAN FEINSTEIN, and THE LENTO LAW GROUP appeal an Order of the United States District Court for the Eastern District of Pennsylvania (Hon. Eduardo C. Robreno) dated and entered with the Clerk of the Court on November 23, 2021 (ECF 34). *See* Exhibit A.

Dated: December 22, 2021          Respectfully submitted:

By: /s/Keith Altman
Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2021, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

Respectfully submitted:

By: /s/Keith Altman
Keith Altman, Esq.