KEITH ALTMAN;
EDUARDO ROSARIO

v.

ALEX TORRES PRODUCTIONS INC;
LA GUIRA INC, d/b/a Red Wine Restaurant

      Keith Altman*,
           Appellant

       *Pursuant to Fed. R. App. P. 12(a)