UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **21-3337**

Rosario v. Alex Torres Productions, Inc.
(E.D. Pa. No. 2-20-cv-02966)

**ORDER**

      Appellant Keith Altman seeks review of the District Court's order entered November 24, 2021. The order appealed is not final within the meaning of 28 U.S.C. § 1291 and is not otherwise appealable at this time. All parties must file written responses addressing this issue, with a certificate of service attached, within fourteen (14) days from the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: December 22, 2021
Sb/cc:   Keith Altman
        Alex Torres Productions Inc
        John J. Griffin, Esq.
        Eduardo Rosario