OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

January 19, 2022

John J. Griffin, Esq.
Law Office of John J. Griffin
P.O. Box 571
Lafayette Hill, PA 19444

RE: Keith Altman, et al v. Alex Torres Productions Inc, et al
Case Number: 21-3337
District Court Case Number: 2-20-cv-02966

Dear Counsel:

Pursuant to our docketing letter dated **December 22, 2021**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**
**Disclosure Statement**

The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,

s/Patricia S. Dodszuweit,
Clerk


By: Stephanie

Case Manager
267-299-4926

cc:
Keith L. Altman, Esq.
Eduardo Rosario,