OFFICE OF THE CLERK

PATRICIA S. DODSZUWEIT

CLERK

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

December 22, 2021




Keith Altman, Esq.
*Law Office of Keith Altman*
33228 West 12 Mile Road
Suite 375
Farmington Hills, MI 48334

RE: Keith Altman, et al v. Alex Torres Productions Inc, et al
Case Number: 21-3337
District Court Case Number: 2-20-cv-02966

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information *on file with* PACER and update if necessary.**

To All Parties:

**Attorneys are required to file all documents electronically through the Court's Electronic Case Filing System. <u>See</u> 3d Cir. L.A.R. 113 and the Court's website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

Enclosed is case opening information regarding the above-captioned appeal filed by **Keith Altman**, docketed at **No. 21-3337**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**On December 1, 2009, the Federal Rules of Appellate and Civil Procedure were amended modifying deadlines and calculation of time. In particular those motions which will toll the time for filing a notice of appeal under Fed.R.App.P.**

**4(a)(4), other than a motion for attorney's fees under Fed.R.Civ.P. 54, will be considered timely if filed no later than 28 days after the entry of judgment. Should a party file one of the motions listed in Fed.R.App.P 4(a)(4) after a notice of appeal has been filed, that party must immediately inform the Clerk of the Court of Appeals in writing of the date and type of motion that was filed. The case in the court of appeals will not be stayed absent such notification.**

The requirements for the filing of an appearance form, disclosure statement and civil appeal information statement are waived for pro se litigants.

**Counsel for Appellee**

As counsel for Appellee(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Disclosure Statement (except governmental entities)
These forms must be filed within **(14) fourteen days** of the date of this letter.

Attached is a copy of the full caption as it is titled in the District Court. Please review the caption carefully and promptly advise this office in writing of any discrepancies.

Very truly yours,

s/Patricia S. Dodszuweit,
Clerk

By: Stephanie
Case Manager
267-299-4926

cc: Alex Torres Productions Inc
John J. Griffin, Esq.
Eduardo Rosario

Enclosures:

Information for Pro Se Litigants
Caption

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. 21-3337**

Rosario v. Alex Torres Productions, Inc.
(E.D. Pa. No. 2-20-cv-02966)

**ORDER**

Appellant Keith Altman seeks review of the District Court's order entered November 24, 2021. The order appealed is not final within the meaning of 28 U.S.C. § 1291 and is not otherwise appealable at this time. All parties must file written responses addressing this issue, with a certificate of service attached, within fourteen (14) days from the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: December 22, 2021
Sb/cc: Keith Altman
Alex Torres Productions Inc
John J. Griffin, Esq.
Eduardo Rosario

KEITH ALTMAN;
EDUARDO ROSARIO

v.

ALEX TORRES PRODUCTIONS INC;
LA GUIRA INC, d/b/a Red Wine Restaurant

Keith Altman*,
Appellant

*Pursuant to Fed. R. App. P. 12(a)

21-3337

Eduardo Rosario
2940 A Waldorf Avenue
Camden, NJ 08105

---

---


OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
21400 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300
U.S.M.
X-RAY
RECEIVED
JAN 11 2022
U.S.C.A. 3rd. CIR
UNITED STATES POSTAGE
PITNEY BOWES
02 1P
$ 000.73⁰
0000942732 DEC 22 2021
MAILED FROM ZIP CODE 19106
REVIEW
NIXIE 171 FE 1 0001/06/22
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 19106179099 *1119-00789-02-44