UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **21-3337**

Rosario v. Alex Torres Productions, Inc.
(E.D. Pa. No. 2-20-cv-02966)

**ORDER**

    Appellants filed an amended notice of appeal on December 22, 2021 that the Clerk's Office inadvertently failed to docket. The amended notice of appeal will be placed on the docket as of December 22, 2021 and the additional appellants will be added to the appeal.

    Appellants seek review of the District Court's order entered November 24, 2021. The order appealed is not final within the meaning of 28 U.S.C. § 1291 and is not otherwise appealable at this time. All parties must file written responses addressing this issue, with a certificate of service attached, within fourteen (14) days from the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 29, 2022
CJG/cc:    Keith L. Altman, Esq.
            Eduardo Rosario
            Alex Torres Productions Inc
            John J. Griffin, Esq.