IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————————————

Case No.    21-3337

———————————————

EDUARDO ROSARIO,

*Applicant-Appellant,*

versus,

ALEX TORRES PRODUCTIONS, INC., er. Al.,

*Respondents-Appellees.*

---

**APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**2:20-cv-02966-MSG**

---

# APPLICANT-APPELLANT'S MOTION FOR ISSUANCE OF A CERTIFICATE OF APPEALABILITY

Keith Altman, Esq.
Law Office of Keith Altman
Attorneys for Applicant
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

Appellant-Applicant, Eduardo Rosario, requests this Court to issue a certificate of appealability ("COA") for review of the District Court's Order barring Appellant-Applicant's counsel from continuing on the case. Appellant-Applicant seeks review of the following issues: whether the District Court Order is a collateral order under 28 U.S. Code § 1291, supported by Federal case law and whether the District Court erred in denying Appellant-Applicant effective assistance of counsel.

As argued more fully in the attached brief, the District Court erred in issuing the Order barring counsel.

Dated: April 12, 2022						Respectfully Submitted,

								Keith Altman, Esq.
								Law Office of Keith Altman
								33228 West 12 Mile Road, Suite 375
								Farmington Hills, Michigan 48334
								Telephone: (248) 987-8929
								keithaltman@kaltmanlaw.com
								*Attorneys for Applicant-Appellant*