# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CONCISE SUMMARY OF THE CASE

Pursuant to 3rd Cir. LAR 33.3, counsel are required to file a concise summary of the case within **14** days of the date of docketing of the Notice of Appeal. Total statement is limited to no more than 2 pages, single-spaced. Counsel may utilize this form or attach a 2 page statement encompassing the information required by this form.

SHORT CAPTION: Keith Altman, et al. v. Alex Torres Productions Inc, et al.

USCA NO.: 21-3337

LOWER COURT or AGENCY and DOCKET NUMBER:
USDC for the Eastern District of Pennsylvania; Case No.: 2:20-cv-02966

NAME OF JUDGE: Honorable Eduardo C. Robreno

Specify who is suing whom, for what, and the subject of this action. Identify (1) the nature of the action; (2) the parties to this appeal; (3) the amount in controversy or other relief involved; and (4) the judgment or other action in the lower court or agency from which this action is taken:

Eduardo Rosario brings this appeal following the issuance of an Order from U.S. District Court Judge Eduardo C. Robreno on November 23, 2021. The Order revoked Appellant's counsel, Keith Altman Esq., Pro Hac Vice causing extreme detriment to Appellant's right to counsel as well as Keith Altman's reputation. The facts relied on in removing Keith Altman as counsel predated Keith Altman's representation of Appellant Eduardo Rosario and included an incorrect check mark on a form. No hearing was afforded to cure the injustice. Appellant seeks the reinstatement of Keith Altman as the counsel of record.

LIST and **ATTACH** a copy of each order, judgment, decision or opinion which is involved in this appeal. If the order(s) or opinion(s) being appealed adopt, affirm, or otherwise refer to the report and recommendation of a magistrate judge or the decision of a bankruptcy judge, the report and recommendation or decision shall also be attached.

Order of the United States District Court for the Eastern District of Pennsylvania (Hon. Eduardo C. Robreno) dated and entered with the Clerk of the Court on November 23, 2021 (ECF 34).

Provide a short statement of the factual and procedural background, which you consider important to this appeal:

June 19, 2020 - Complaint was filed. An incorrect box was check when filing. The incorrect check mark placed the filing in violation of Local Rule of Civil Procedure 40.1(b)(3).

June 26, 2020 - Keith Altman, Esq. was admitted Pro Hac Vice to appear as counsel for the Plaintiff.

November 23, 2021 - An Order was issued sanctioning Keith Altman, Esq. for actions that occurred prior to his representation in the case.

Identify the issues to be raised on appeal:

This appeal relates to the Court's Order imposing sanctions on Attorneys Keith Altman, Joseph Lento, Joan Feinstein, and The Lento Law Group. Appellant-Applicant is unable to comply with L.A.R. 28.1(a)(1) as there were no hearings affording Appellant the right to object and present his issues prior to the issuance of the Order (1) Whether the U.S. District Court Judge erred in dismissing Appellant's counsel.

Appellant-Applicant seeks review of the following issues: whether the District Court Order is a collateral order under 28 U.S. Code § 1291, supported by Federal case law and whether the District Court erred in denying Appellant-Applicant effective assistance of counsel.

This is to certify that this Concise Summary of the Case was electronically filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record

this **3rd** day of **May**, 20**22**.

**s/ Keith Altman**
Signature of Counsel

Rev. 07/2015