# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>21-3337</u>

Keith Altman, et al v. Alex Torres Productions Inc, et al

(District Court No. 2-20-cv-02966)

## TRANSCRIPT SCHEDULING ORDER

TO: <u>Mike Finney</u>, Court Reporter

The Transcript Purchase Order Form was received on 05/03/2022. Accordingly, Mike Finney is hereby directed to file the transcripts on or before **06/06/2022**.

In the event the ordering party has not made the requisite financial arrangements for the transcripts, the court reporter must immediately advise the Clerk in writing.

**For questions please contact Stephanie at 2657-299-4926.**

For the Court,


<u>s/Patricia S. Dodszuweit</u>
Clerk

Date: May 5, 2022


Sb/cc:

Alex Torres Productions Inc
Keith L. Altman Esq.
Mike Finney
John J. Griffin Esq.
Eduardo Rosario