# TRANSCRIPT PURCHASE ORDER
## for Third Circuit Court of Appeals

| District Court | USDC for the Eastern District of Pennsylvania | Court of Appeals Docket No. | 21-3337 |
|---|---|---|---|
| | | District Court Docket No. | 2:20-cv-02966 |

Short Case Title: Keith Altman, et al. v. Alex Torres Productions Inc, et al.

Date Notice of Appeal Filed by Clerk of District Court: December 22, 2021

**Part I.** (To be completed by party responsible for ordering transcript)

A. Check one of the following and serve ALL COPIES:

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

**TRANSCRIPT:**
- _____ None
- _____ Unnecessary for appeal purposes.
- __X__ Already on file in the District Court Clerk's office.
- _____ This is to order a transcript of the proceedings heard on the date listed below from __TK__ (Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

November 10, 2021:
TRANSCRIPT OF SHOW CAUSE HEARING BEFORE THE HONORABLE EDUARDO C. ROBRENO UNITED STATES DISTRICT COURT JUDGE

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

- _____ Voir dire
- _____ Open Statement of Plaintiff
- _____ Opening Statement of Defendant
- _____ Closing Argument of Plaintiff
- _____ Closing Argument of Defendant
- _____ Jury Instructions
- _____ Sentencing Hearings

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

- _____ CJA Form submitted to District Court Judge
- _____ Motion for Transcript has been submitted to District Court
- _____ CJA Form submitted to Court of Appeals
- _____ Private Funds

| Signature | s/ Keith Altman | Date | May 3, 2022 |
|---|---|---|---|
| Print Name | Keith Altman | Counsel for | Appellant-Applicant |
| Address | 33228 West 12 Mile Road, Suite 375 Farmington Hills, MI 48334 | Telephone | (248) 987-8929 |

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | 5/24/2022 | 43 pgs (copywork) |

✓ Arrangements for payment were made on 5/10/2022

_____ Arrangements for payment have not been made pursuant to FRAP 10(b)

| 5/10/2022 | Jenna Gaitelli | 267-299-7047 |
|---|---|---|
| Date | Name of Court Report | Telephone |

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District. Court Notification must be forwarded to the Court of Appeals on the same date.)

Actual Number of Pages _____     Actual Number of Volumes _____

_____     _____
Date     Signature of Court Reporter

5/10/22 - TPO sent to Docketing